**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TCYK, LLC,**

      **Plaintiff,**

                                  **CASE NO.: 8:13-cv-02213-JSM-EAJ**

**v.**

**DOE 145,**

      **Defendant.**

                               /

**NOTICE OF PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.04(d), I certify that the instant action:

  __X__   IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

        *TCYK, LLC v. Doe 9*,
          Case No. 6:13-cv-01348-ACC-GJK (Middle District of Florida)
        *TCYK, LLC v. Doe 97*,
          Case No. 5:13-cv-00425-WTH-PRL (Middle District of Florida)

  _____   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 9, 2013, a true and accurate copy of the foregoing was electronically filed with the Court. As the individual Defendant has not yet been identified, a copy has not been provided to him/her at this time. A copy of the foregoing will be provided to Defendant at such time as he/she is identified and served.

        s/ Richard E. Fee
        Richard E. Fee
        Florida Bar No. 813680
        IP ENFORCEMENT LAW GROUP P.A.
        1227 N. Franklin Street
        Tampa, Florida 33602
        (813) 490-6050
        (813) 490-6051 (Facsimile)
        rfee@IPEnforcementLaw.com

        Trial Counsel for Plaintiff,
        TCYK, LLC