**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TCYK, LLC,**

       **Plaintiff,**

**CASE NO.: 8:13-cv-02213-JSM-EAJ**

**v.**

**DOE 145,**

       **Defendant.**
_____ /

**VOLUNTARY NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff, TCYK, LLC, by and through undersigned counsel of record, hereby dismisses this action, with prejudice. Each party will bear their own attorneys' fees and costs.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2014, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system. A copy of this Notice will also be sent, via e-mail, to: Jeffrey Antonelli, Esq., Jeffrey@antonelli-law.com, and Melissa Brabender, Esq., mbrabender@antonelli-law.com.

        s/ Catherine F. Yant
        Richard E. Fee
        Florida Bar No. 813680
        Catherine F. Yant
        Florida Bar No. 104852
        IP ENFORCEMENT LAW GROUP P.A.
        1227 N. Franklin Street
        Tampa, Florida 33602
        (813) 490-6050
        (813) 490-6051 (Facsimile)
        rfee@IPEnforcementLaw.com
        cyant@IPEnforcementLaw.com

        Trial Counsel for Plaintiff,
        TCYK, LLC